# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

130476-77 & (69)(71)

PATRICK PAPALAS,
      Plaintiff-Appellee,

v

FORD MOTOR COMPANY,
      Defendant/Third-Party Plaintiff/
      Cross Plaintiff-Appellee,
and

METRO INDUSTRIAL PIPING, INC.,
      Defendant/
      Cross-Defendant-Appellant,
and

WALBRIDGE ALDINGER COMPANY,
      Defendant/Cross-Defendant,
and

ROUGE STEEL COMPANY, DETROIT
EDISON COMPANY, and COMMERCIAL
CONTRACTING COMPANY,
      Defendants,
and

METRO INDUSTRIAL PAINTING, INC.,
      Third-Party Defendant.
_____/

SC: 130476-77
COA: 252527
Wayne CC: 00-034152-NO

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the November 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

t0521

Clerk